IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY BUSSIE,

     Plaintiff,

                              Case No.  21-cv-191-wmc

  v.

CONGRESSWOMAN JAIME
BEUTLER, et al.,

     Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case.

| | |
|---|---|
| /s/ | 5/14/2021 |
| Peter Oppeneer, Clerk of Court | Date |